Frank M. HALL, Jr., Petitioner,

v.

Betty K. COURTNEY, individually, and as Administratrix for the Estate of Richard P. Courtney, deceased, Robert David Cornman, Tammy L. Cornman and the Commonwealth of Pennsylvania, Department of Transportation, Respondents.

Supreme Court of Pennsylvania.

Oct. 29, 1997.

Robert Goldman for petitioner.

### *ORDER*

PER CURIAM:

AND NOW, this 29th day of October, 1997, the Petition for Allowance of Appeal is GRANTED limited to whether the sudden emergency doctrine constitutes an affirmative defense so that failing to plead it under New Matters in accord with Pa. R.C.P. 1030 results in a waiver of the defense at trial. This case is to be orally argued.

Sylvester Scott GREEN, III, a Minor, by Sylvester Scott GREEN, Jr., and Charlene Green, his Parents and Natural Guardians, and Sylvester Scott Green, Jr., and Charlene Green, in their own right, Petitioners,

v.

Valarie WHITEMAN, M.D., Temple University Hospital, Inc., Irene Magran, M.D., the Lower Bucks Hospital, Stanley John Sliwinski, M.D., Richard L. Turner, D.O., Dr. Nassir, Ashok Kumar Keswani, M.D., Hasan Ozgur Harmanli, M.D., John Doe, M.D. and Jane Doe, M.D., Respondents.

Supreme Court of Pennsylvania.

Oct. 29, 1997.

Lewis M. Levin, Joseph R. Viola, Philadelphia, for petitioner.

### *ORDER*

PER CURIAM.

AND NOW this 29th day of October, 1997, the Petition for Allowance of Appeal is **GRANTED**. This matter is **REMANDED** to the trial court for further proceedings in accord with this Court's recent decision in *Cheeseman v. Lethal Exterminator, Inc.,* —— Pa. ——, 701 A.2d 156 (1997).